## NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

11-231

STATE OF LOUISIANA

VERSUS

B.A.R.

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 15252-05
HONORABLE ROBERT LANE WYATT, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

**JAMES T. GENOVESE**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Jimmie C. Peters, James T. Genovese, and Shannon T. Gremillion, Judges.

**APPEAL DISMISSED.**

**John Foster DeRosier**
**District Attorney - 14th JDC**
**P.O. Box 3206**
**Lake Charles, LA 70602-3206**
**(337) 437-3400**
**COUNSEL FOR APPELLEE:**
          **State of Louisiana**

**Leah White**
**Attorney at Law**
**1827 Ryan Street**
**Lake Charles, LA 70601**
**(337) 439-9900**
**COUNSEL FOR APPELLEE:**
          **B.A.R.**

**Genovese, Judge.**

On February 25, 2011, this court lodged the record for this case. Said record indicated the matter was not final, as it is still in a pre-trial posture. Therefore, on March 3, this court issued a rule to show cause why this matter should not be dismissed as non-appealable.

On March 23, Defense counsel responded, acknowledging that the case is non-appealable, but requesting that the appeal be converted to a writ application. Simultaneously, counsel filed a brief, which has been filed as a pre-trial writ application under docket number 11-352.

Accordingly, the appeal in this case is hereby dismissed.

**APPEAL DISMISSED.**